1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA PONCE-MEDINA<br><br>Defendants. | CASE NO.:  21CR2086-JLS<br><br>Hon. Janis L. Sammartino<br>Courtroom 4D<br><br>ORDER TO CONTINUE MOTION<br>HEARING/TRIAL SETTING |

Upon motion of the Defendant and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing/ Trial Setting currently set for August 27, 2021, be continued to September 24, 2021, at 1:30 p.m.  Defendant shall file an acknowledgment of the new hearing date by September 10, 2021.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § (h)(7)(A) as well as § 3161(h)(1)(D).

SO ORDERED.

Dated:  August 25, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

1                                    **21CR2086-JLS**