1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA PONCE-MEDINA,<br><br>Defendants. | CASE NO.:   21-cr-02086-JLS<br><br>ORDER TO CONTINUE<br>MOTION HEARING/TRIAL SETTING |
|---|---|

**IT IS HEREBY ORDERED** that the Joint Motion to Continue the Motion Hearing/Trial Setting is GRANTED. The September 24, 2021, at 1:30 p.m., Motion Hearing/Trial Setting is hereby continued to October 29, 2021 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) as well as 18 U.S.C. § 3161(h)(1)(D).

**SO ORDERED.**

Dated:  September 22, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge