UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>Maria Ponce-Medina,<br><br>    Defendant. | CASE NO.: 21-cr-02086-JLS<br><br>**ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING** |

**IT IS HEREBY ORDERED** that the joint motion to continue the Motion Hearing/Trial Setting scheduled for January 28, 2022 to **Friday, March 4, 2022 at 1:30 p.m.** is granted. Defendant shall file an acknowledgment of the new hearing date by February 11, 2022.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) as well as pursuant to § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: January 26, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge